## FIRST DEPARTMENT, MARCH, 1941.
### (March 3, 1941.)

FICTIONEERS, INC., Appellant, v. GERALD ALBERT, Doing Business under the Name and Style of ALBING PUBLICATIONS, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and a preliminary injunction granted to the extent of restraining defendant from any further distribution of defendant's magazine " Red Mask," pending trial and determination of the action, on condition that plaintiff consent to an immediate trial. On plaintiff filing such consent, the case is set down at the head of the ready day calendar, Special

Term, Part III, for Monday, March 10, 1941 at ten A. M. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.